June 2, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

WENDY CUEVA, Appellant

NO. 14-15-00206-CV                              V.

APTDF, LTD D/B/A DEERFIELD APARTMENTS, DFAPT, INC., AND
SANTOS TORRES A/K/A JOSE RAUDALES TORRES, Appellee

———————————————————

This cause, an appeal from the judgment in favor of appellee, APTDF, LTD d/b/a Deerfield Apartments, DFAPT, Inc., and Santos Torres a/k/a Jose Raudales Torres, signed, November 3, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Wendy Cueva, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.